## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CITRIX SYSTEMS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 17-1843-VAC-SRF |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| AVI NETWORKS, INC., | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT'S MOTION TO DISMISS COUNTS III AND IV
### OF PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Avi Networks, Inc. ("Avi") respectfully moves to dismiss Counts III and IV of Plaintiff Citrix Systems, Inc.'s Complaint because the claims of U.S. Patent Nos. 7,720,954 and 8,230,055 are patent-ineligible under 35 U.S.C. § 101. The grounds for this motion are set forth in Defendant's Opening Brief, submitted herewith.

Respectfully submitted,

OF COUNSEL:

Josh Krevitt
Brian A. Rosenthal
GIBSON DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel:  (212) 351-4000

Y. Ernest Hsin
GIBSON DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Tel:  (415) 393-8200

Brian K. Andrea
GIBSON DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Tel:  (202) 955-8500

Dated:  June 6, 2018
5830562/ 45081

POTTER ANDERSON & CORROON LLP

By:  */s/ Bindu A. Palapura*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Stephanie E. O'Byrne (#4446)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
Tel:  (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com

*Attorneys for Defendant Avi Networks, Inc.*